UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAYED HESSAM, individually and on behalf of others similarly situated,

       Plaintiffs,

-against-

DOLLAR TREE STORES, INC.,

       Defendant.

17-CV-07255-ILG-ST

**STIPULATION**

IT IS HEREBY STIPUALTED AND AGREED BY AND BETWEEN THE RESPECTIVE ATTORNEYS FOR THE PARTIES AS FOLLOWS:

1. The above-captioned action is stayed on consent pending a voluntary arbitration in this matter.

2. Emailed copies of this stipulation shall be deemed an original for all purposes.

Dated: New York, New York
   May 2, 2018

LEEDS BROWN LAW, P.C.
*Attorneys for Plaintiffs*
Michael A. Tompkins
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, New York 11514

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
*Attorneys for Defendants*
Anjanette Cabrera
620 Eighth Avenue, 38th Floor
New York, New York 10018