## CONSENT TO JOIN COLLECTIVE ACTION TO RECOVER UNPAID WAGES

BY SIGNING BELOW I, Michael Henderson, WISH TO PARTICIPATE IN THIS LAWSUIT TO RECOVER ANY UNPAID WAGES THAT MAY BE OWED TO ME UNDER THE FAIR LABOR STANDARDS ACT AGAINST Dollar Tree Stores, Inc. AND ANY AFFILIATED ENTITIES AND OWNERS OF THIS COMPANY.

I hereby appoint Jeffrey K. Brown, Michael A. Tompkins, and Brett R. Cohen of the law firm Leeds Brown Law, P.C., One Old Country Road, Suite 347, Carle Place, NY, 11514-1851, telephone (516) 873-9550.

Name (print): Michael Henderson
Address: [redacted]
City: [redacted]   State: NY   Zip Code: [redacted]
Signature: M. Henderson   Date: 06-06-18

Scanned with CamScanner