# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*

March 26, 2019

*Via ECF & Email*
Hon. I. Leo Glasser, U.S.D.J.
United States District Court
Eastern District of New York
Courtroom 8B South
Chambers Room 921 South
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Hessam v. Dollar Tree Stores, Inc.**
           Case No.: 1:17-cv-07255-ILG-ST (E.D.N.Y)

Dear Judge Glasser:

    We represent Plaintiffs in the above-referenced matter and we write to provide the Court with a status report of the voluntary arbitrations pursuant to the communication from Mr. Stanley Kessler dated March 26, 2019. Currently, eight out of the nine individual's claims have been resolved for opt-in claimants. However, the matter involving Named Plaintiff Sayed Hessam is proceeding through Judicial Arbitration and Mediation Services, Inc. (JAMS), with an arbitration hearing currently scheduled for April 8 through April 12, 2019, before the Honorable Ariel E. Belen (Ret.). We will keep the Court updated on the status of this matter after the conclusion of the aforementioned hearing.

    We thank Your Honor and the Court for your time and consideration to this matter.

                                      Respectfully Submitted,

                                      Michael A. Tompkins, Esq.
                                      **LEEDS BROWN LAW, P.C.**
                                      One Old Country Road, Suite 347
                                      Carle Place, New York 11514
                                      Tel: (516) 873-9550

                                      *Attorneys for Plaintiffs*

Cc: All Counsel of Record (via PACER)