UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAYED HESSAM, individually and on behalf of other similarly situated,

                      Plaintiffs,

-against-

DOLLAR TREE STORES, INC.,

                      Defendant.

17-cv-07255-ILG-ST

**STIPULATION OF DISMISSAL AND ORDER**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure plaintiff Sayed Hessam, and defendant Dollar Tree Stores, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of the above captioned action with prejudice.

Dated: New York, New York
       September 10, 2019

_____
M. Christine Carty, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
*Attorneys for Defendant*
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8000

_____
Michael A. Tompkins, Esq.
Brett R. Cohen, Esq.
LEEDS BROWN LAW, P.C.
*Attorneys for Plaintiff*
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550

SO ORDERED:

_____
U.S.D.J.